UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| JAMES W. HACKNEY, | ) ) ) | |
| Plaintiff, | ) ) | Civil No. 3:15-cv-00075-GFVT |
| V. | ) ) ) | **JUDGMENT** |
| ALLMED HEALTHCARE MANAGEMENT, INC., | ) ) ) ) | |
| Defendant. | | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Pursuant to Rule 58 of the Federal Rules of Civil Procedure and in accordance with the Memorandum Opinion and Order entered contemporaneously herewith, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. Judgment is entered in favor of the Defendant with respect to all issues raised in this proceeding;

2. This action is **DISMISSED** and **STRICKEN** from the Court's active docket; and

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This the 28th day of April, 2016.

Gregory F. Van Tatenhove
United States District Judge